UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Anuj Thapa, <br><br> Plaintiff, <br><br> v. <br><br> St. Cloud Orthopedic Associates, Ltd. and CentraCare Health System, <br><br> Defendants. | Civil File No: 19-cv-2568 (TNL) <br><br><br> **STIPULATION OF PARTIAL DISMISSAL WITHOUT PREJUDICE OF DEFENDANT CENTRACARE HEALTH SYSTEM** |

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff and Defendant CentraCare Health System, that Plaintiff's claims in the above-entitled action against defendant CentraCare Health System are hereby dismissed without prejudice and without costs and disbursements to any party. No monies have been paid in support of this Stipulation. The parties further agree that the Court may enter its Order pursuant to this Stipulation of Dismissal as to Defendant CentraCare Health System without further appearance of any party.

Dated: 2/4/22

**CIRESI CONLIN LLP**

s/Brandon E. Thompson
Brandon E. Thompson (349173)
Rachel L. Barrett (397313)
225 South Sixth Street, Suite 4600
Minneapolis, MN 55402
Telephone: 612-361-8200
BET@ciresiconlin.com
RLB@ciresiconlin.com

***Attorneys for Plaintiff***

|  |  |
|---|---|
| Dated: <u>2/4/22</u> | ARTHUR, CHAPMAN, KETTERING, SMETAK & PIKALA, P.A. |
|  | <u>s/Cecilie M. Loidolt</u><br>Cecilie M. Loidolt (#233006)<br>500 Young Quinlan Building<br>81 South Ninth Street<br>Minneapolis, MN 55402-3214<br>P: 612-339-3500<br>cmloidolt@ArthurChapman.com |
|  | ***Attorneys For Defendant CentraCare Health System*** |

9968539