UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Anuj Thapa,<br><br>    Plaintiff,<br><br>v.<br><br>St. Cloud Orthopedic Associates, Ltd.<br>and CentraCare Health System,<br><br>    Defendants. | Case No: 19-cv-2568 (TNL)<br><br>**ORDER FOR PARTIAL DISMISSAL WITHOUT PREJUDICE OF DEFENDANT CENTRACARE HEALTH SYSTEM** |

This matter is before the Court on the Stipulation of Partial Dismissal Without Prejudice of Defendant CentraCare Health System (ECF No. 110).

**IT IS HEREBY ORDERED** that pursuant to the foregoing stipulation of the parties, Defendant CentraCare Health System is dismissed on the merits and without prejudice as to all claims, cross-claims or counterclaims and without costs or disbursements due any party.

Dated:  March 2, 2022         *s/Tony N. Leung*
                              TONY N. LEUNG
                              United States Magistrate Judge