# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Anuj Thapa, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | Case Number: 19-cv-2568 (TNL) |
| St. Cloud Orthopedic Associates, Ltd., | |
| Defendant. | |

☒ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT: Plaintiff shall recover from Defendant the total sum of $111,251,559.22, consisting of (1) $10,000,000 in past pain, disability, disfigurement, embarrassment, and emotional distress; (2) $493,073.22 in past medical expenses; (3) $100,000,000 in future pain, disability, disfigurement, embarrassment, and emotional distress; and (4) $758,486.00 in future medical expenses.

| | |
|---|---|
| Dated: 5/17/2022 | KATE M. FOGARTY, CLERK |
| | s/Kelly, Law Clerk |

s/Tony N. Leung
Tony N. Leung
United States Magistrate Judge
District of Minnesota