UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Anuj Thapa,<br><br>　　　　Plaintiff,<br><br>v.<br><br>St. Cloud Orthopedic Associates, Ltd.,<br><br>　　　　Defendant. | Case No. 19-cv-2568 (TNL)<br><br><br>**ORDER** |

This matter is before the Court on the parties' Stipulation to Hold Post-Trial Motions in Abeyance, ECF No. 207.

Based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT**:

1.  The parties timely filed post-trial motions and the Court previously held Plaintiff's post-trial motions and Defendant's motions related thereto in abeyance pending resolution of Defendant's post-trial motion;

2.  Defendant's post-trial motion, and all proceedings related to the pending post-trial motions, including any determination or ruling on the motions, are stayed and held in abeyance until such time as otherwise ordered;

3.  Enforcement of the judgment entered on May 17, 2022, is stayed until the resolution of Plaintiff's declaratory judgment action or further order of the Court;

4.  That accrual of pre-verdict and post-judgment interest shall be suspended during the pendency of the declaratory judgment action or further order of the Court;

1

5.   The September 13, 2022, hearing on Defendant's post-trial motion is hereby postponed until such a time as otherwise ordered; and

6.   **On or shortly before October 21, 2022, the parties shall submit a joint letter to the Court indicating the status of the case.**

Date: September  6 , 2022

         *s/Tony N. Leung*
Tony N. Leung
United States Magistrate Judge
District of Minnesota

*Thapa v. St. Cloud Orthopedic Associates, Ltd.*
Case No. 19-cv-2568 (TNL)