# Ciresi Conlin LLP

Brandon E. Thompson
Partner

E:  BET@CiresiConlin.com
P:  612-361-8209

225 South 6th St.
Suite 4600
Minneapolis, MN 55402
612-361-8200

CiresiConlin.com

December 11, 2023

The Honorable Magistrate Judge Leung
9W U.S. Courthouse
300 South 4th Street
Minneapolis, MN 55415

Re:  *Thapa v. St. Cloud Orthopedic Associates, et al*
     *Case No. 0:19-cv-02568 (TNL)*

Dear Judge Leung:

    I'm writing with respect to the Court's October 26 Order, as modified by the Court's clarification on November 28. Thank you for providing the clarification that we requested.

    Mr. Thapa has elected to decline the Court's offered remittitur, and proceed with a new trial on non-economic damages. We look forward to a scheduling conference to set a date and parameters for the new trial.

Yours truly,

Brandon Thompson