# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Anuj Thapa,<br><br>        Plaintiff,<br><br>v.<br><br>St. Cloud Orthopedic Associates, Ltd.,<br><br>        Defendant. | Case No. 19-cv-2568 (TNL)<br><br><br>**ORDER FOR<br>DISMISSAL** |

This matter is before the Court on the parties' Stipulation of Dismissal with Prejudice, ECF No. 316. Pursuant to the Stipulation and by Order of the Court, **IT IS HEREBY ORDERED** that any judgment previously entered in the above civil action is vacated, this matter is **DISMISSED WITH PREJUDICE**, with each party to bear their own costs, expenses, and attorneys' fees, and this case shall be closed.


Dated: December 18, 2024          *s/Tony N. Leung*
                                   Tony N. Leung
                                   United States Magistrate Judge
                                   District of Minnesota


                                   *Thapa v. St. Cloud Orthopedic Associates, Ltd.*
                                   Case No. 19-cv-2568 (TNL)